**Arch Baird, Appellee, v. Leonard Liepelt and Hartford Accident & Indemnity Company, Appellants.**

**Gen. No. 11,496.** 

Second District, First Division.
February 28, 1961.

Nathan Shefner, of Chicago, for appellants; Russell & Bridewell, of Chicago, for appellee. Opinion by JUDGE DOVE. **Not to be published in full.**